

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC ADRIAN GONZALEZ, | § | No. 08-17-00169-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| Appellee. | § | (TC#P-3634-112-CR) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect twelve years' incarceration and a fine of one thousand dollars. We therefore affirm the judgment of the trial court as reformed, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.